AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LEON DAVIS,<br>*Defendant(s)* | Case No. 24-mj-6530-PAB |

FILED BY ___SM___ D.C.
Nov 8, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 21 through November 7, 2024,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) | Distribution of 40 grams or more of a mixture or substance containing fentanyl |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Herzlich, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/07/2024

*Judge's signature*

City and state: Fort Lauderdale, Florida

Panayotta Augustin-Birch, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Herzlich, being duly sworn, state as follows:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since approximately 2007. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and make arrests for, firearms offenses enumerated in Title 18 of the United States Code, and narcotics offenses enumerated in Title 21 of the United States Code.

2. This affidavit is submitted in support of a criminal complaint which charges that on or about August 21, August 28, September 4, September 10, and October 2, 2024, Leon Anthony DAVIS distributed a controlled substance, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," in violation of Title 21, United States Code, Section 841(a)(1). Further, on or about September 10 and October 2, 2024, DAVIS distributed 40 grams or more of a mixture or substance containing fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

### PROBABLE CAUSE

3. On or about August 20, 2024, law enforcement received information from a documented ATF Confidential Informant (CI)[1] regarding DAVIS, a Fort Lauderdale resident who the CI had met at a gas station in Oakland Park, Broward County, Florida. DAVIS told the CI that he was able to obtain various types of narcotics to sell the CI and provided the CI with a phone number. DAVIS told the CI his name was "Leon" and his nickname was "Fogold." The CI subsequently contacted law enforcement, who were able to confirm the phone number and identity

---

[1] The CI is a convicted felon and not currently facing any pending criminal charges. He/she is receiving compensation for his/her cooperation.

1

of Leon DAVIS. The CI was shown a photograph and confirmed this was the same individual they met at the gas station and knew as "Leon."

### *Undercover and CI Fentanyl Transaction with Leon Davis on August 21, 2024*

4. Between August 20, 2024, and August 21, 2024, the CI exchanged phone calls and text messages with DAVIS to arrange a fentanyl transaction to take place on August 21, 2024. The CI arranged to purchase 7 grams of fentanyl for $600 from DAVIS at the Exxon gas station in Oakland Park, Florida. These communications were recorded and preserved as evidence.

5. On or about August 21, 2024, the CI and a Fort Lauderdale Police Department (FLPD) detective, acting in an undercover (UC) capacity, met with DAVIS at the Exxon Gas Station, located on NW 19th Street in Fort Lauderdale, to conduct the fentanyl transaction. This meeting was both audio and video recorded by law enforcement.

6. Prior to the meeting, the UC was provided with ATF investigative funds to conduct the purchase. DAVIS arrived at the gas station in a black Jeep with a Virginia license plate, which was the same vehicle the CI saw DAVIS driving the previous day.

7. When Davis arrived at the gas station, he got out of the Jeep and into the front passenger seat of the UC car. While inside, the UC handed DAVIS $600 in U.S. currency in exchange for the fentanyl. DAVIS then got out of the UC car and into his Jeep and left the area.

8. After the transaction, the UC gave the fentanyl, which was a powdery material in a clear plastic bag, to your affiant. The Broward Sheriff's Office Crime Lab analyzed the powdery material in the plastic bag and determined it was 6.75 grams of fentanyl.

### *Undercover and CI Fentanyl Transaction with Leon Davis on August 28, 2024*

9. Between August 24, 2024, and August 28, 2024, the CI exchanged phone calls and text messages to arrange a fentanyl transaction with DAVIS to take place on August 28, 2024. The

CI arranged to purchase 1 ounce of fentanyl for $1,800 from DAVIS at a gas station in Oakland Park, Florida. These communications were recorded and preserved as evidence.

10. On or about August 28, 2024, the UC and CI met with DAVIS at the Exxon gas station on NW 19th Street in Fort Lauderdale to conduct the fentanyl transaction. This meeting was both audio and video recorded by law enforcement.

11. Prior to the meeting, the UC was provided with ATF investigative funds to conduct the purchase. This time, DAVIS arrived in a gray Nissan Murano with a Florida license plate.

12. DAVIS parked next to the UC car and got out of the Murano and into the UC's front passenger seat. While inside, the UC handed DAVIS $1,800 in U.S. currency in exchange for the fentanyl. DAVIS then got out of the UC car and into the Murano and left the area.

13. Law enforcement followed DAVIS from the meeting location to a residence on NW 30th Court in Oakland Park, Florida. DAVIS parked in the driveway and made his way into the residence.

14. Following the transaction, the UC gave the fentanyl to your affiant. The Broward Sheriff's Office Crime Lab analyzed the powder in the plastic bag and determined it was 27.46 grams of fentanyl.

*Undercover Fentanyl Transaction with Leon Davis on September 4, 2024*

15. Between September 3, 2024, and September 4, 2024, the UC exchanged phone calls and text messages to arrange a fentanyl transaction with DAVIS to take place on September 4, 2024. The UC arranged to purchase 1 ounce of fentanyl for $1,800 from DAVIS at the Exxon gas station in Oakland Park, Florida. These communications were recorded and preserved as evidence.

16. On or about September 4, 2024, the UC met with DAVIS at the Exxon gas station on NW 19th Street in Fort Lauderdale to conduct the fentanyl transaction. This meeting was both

audio and video recorded by law enforcement.

17.     Prior to the meeting, the UC was provided with ATF investigative funds to conduct the purchase. DAVIS arrived in the gray Nissan Murano, but this time he was a passenger, and the driver was a woman who was subsequently identified as the registered owner.

18.     DAVIS got out of the Murano and into the front passenger seat of the UC car. While inside, the UC handed DAVIS $1,800 in U.S. currency in exchange for the fentanyl. DAVIS then got out of the UC car and back into the front passenger seat of the Murano and left the area.

19.     After the transaction, the UC gave the bag of fentanyl to your affiant. The Broward Sheriff's Office Crime Lab analyzed the powder in the plastic bag and determined it was 27.1 grams of xylazine and fentanyl.

### *CI Fentanyl Transaction with Leon Davis on September 10, 2024*

20.     Between September 8, 2024, and September 10, 2024, the CI exchanged phone calls and text messages to arrange a fentanyl transaction with DAVIS to take place on September 10, 2024. The CI arranged to purchase 2 ounces of fentanyl for $3,500 from DAVIS. These communications were recorded and preserved as evidence.

21.     On or about September 10, 2024, the CI met with DAVIS at the Lowe's Home Improvement store located on W. Oakland Park Blvd. in Oakland Park to conduct the fentanyl transaction. This meeting was both audio and video recorded by law enforcement.

22.     Prior to the meeting, the CI and their vehicle were searched by your affiant and were found to be free of any drugs, money, or contraband. Your affiant provided the CI with $3,500 in investigative funds for the purchase of narcotics. The CI's person and vehicle were equipped with an audio/video recording device along with an audio/video device for law enforcement to monitor in real time.

23. DAVIS showed up to the Lowe's in a white Buick sedan with Florida license plate #36EBFG[2]. He got out of the Buick and entered the front passenger seat of the CI vehicle. While inside, the CI handed DAVIS $3,500 in U.S. currency in exchange for the fentanyl. Davis then got out of the UC vehicle and back into his Buick and left the area.

24. Law enforcement followed DAVIS back to the residence on NW 30th Court in Oakland Park, where he was observed entering the home.

25. After the transaction, the CI gave the fentanyl, which was packaged in two clear plastic bags inside a larger plastic bag, to your affiant. The CI and their vehicle were searched by your affiant and were found to be free of any drugs, money, or contraband. The Broward Sheriff's Office Crime Lab analyzed the powdery material in the plastic bags and determined it was 55.04 grams of fentanyl.

### *Undercover and CI Fentanyl Transaction with Leon Davis on October 2, 2024*

26. Between September 19, 2024, and October 2, 2024, the CI exchanged phone calls to arrange a fentanyl transaction with DAVIS to take place on October 2, 2024. The CI arranged to purchase 4 ounces of fentanyl for $7,000 from DAVIS. These communications were recorded and preserved as evidence.

27. Prior to the meeting, the UC was provided with ATF investigative funds to conduct the purchase. The Broward Sheriff's Office Aviation Unit set up surveillance of DAVIS's vehicle prior to the meeting.

28. Law enforcement observed DAVIS depart his residence in the gray Nissan Murano. DAVIS drove to a home located on NW 24th Avenue in Fort Lauderdale and met with an unknown Black male on a bicycle in front of the home. Law enforcement observed DAVIS and the bicyclist

---

[2] Per Florida Department of Highway Safety and Motor Vehicle records, this vehicle is registered to DAVIS.

engage in a brief conversation and what appeared to be some type of an exchange before DAVIS left the area.

29. DAVIS was then observed driving to a lot behind a home on NW 29th Street in Oakland Park. DAVIS parked his Murano next to a white GMC Yukon bearing Florida tag #GTNT90.[3] Once parked, DAVIS was seen getting out of the Murano and opening the driver's door of the GMC Yukon with a key from his front right pants pocket. DAVIS then reached inside the Yukon and opened the front hood of the vehicle. DAVIS then closed the door and walked towards the hood before lifting it up and retrieving something from a blue/white bag located under the hood. DAVIS then closed the hood and walked back to the Murano holding a small white object in his left hand.

30. DAVIS was then observed driving a short distance to his residence on 30th Court in Oakland Park and parking his Murano in front and entering the residence.

31. A short time later, DAVIS was seen leaving his home and driving to the Denny's restaurant on NW 9th Avenue in Fort Lauderdale to conduct the fentanyl transaction. This meeting was both audio and video recorded by law enforcement.

32. Upon arrival, DAVIS parked his Murano adjacent to the UC vehicle. He then got out of the Murano and into the front passenger seat of the UC vehicle, where the UC handed DAVIS $7,000 in U.S. currency in exchange for the fentanyl. DAVIS then got out of the UC vehicle and back into the Murano before leaving the area.

33. Law enforcement followed DAVIS back to his residence on NW 30th Court in Oakland Park. DAVIS parked in the street before entering the residence.

34. The UC gave the fentanyl, which was packaged in four small plastic bags inside a

---

[3] Per Florida Department of Highway Safety and Motor Vehicle records, this vehicle is registered to DAVIS.

larger plastic bag, to your affiant. The Broward Sheriff's Office Crime Lab analyzed the powdery material in the plastic bags and determined it was approximately 108.17 grams of fentanyl.

### *Scheduled Fentanyl Transaction and Apprehension of Davis*

35. Between November 6 and November 7, 2024, The CI exchanged phone calls with DAVIS to set up a fentanyl transaction for the morning of November 7. DAVIS asked the CI to meet him at Advanced Auto Parts in Oakland Park to conduct the transaction.

36. On the morning of November 7, 2024, law enforcement set up surveillance on DAVIS's home in Oakland Park and observed him leaving his residence and driving toward the Advanced Auto Parts store in his white Buick sedan, which DAVIS had used for previous fentanyl transactions. DAVIS was the driver and sole occupant. Upon arrival at the Advanced Auto Parts parking lot, Florida Highway Patrol stopped DAVIS and took him into custody without incident.

37. A search of the vehicle incident to arrest revealed a black plastic bag under the front driver's side floorboard containing the following:

> a) 1 zip-lock bag with 20 small pieces of a white rock-like substance, weighing a total of 5 grams;
>
> b) 1 zip-lock bag with 7 smaller bags, each containing a brown powdery substance that field-tested positive for fentanyl, weighing a total of 210 grams;
>
> c) 1 zip-lock bag with 4 knotted bags containing the same brown powdery substance that field-tested positive for fentanyl, weighing a total of 120 grams; and
>
> d) 1 brown paper bag holding a plastic bag with 3 knotted bags and several smaller zip-lock baggies, all containing the same brown powdery substance that field-tested positive for fentanyl, weighing a total of 35 grams.

[This space left intentionally blank.]

## CONCLUSION

38. This affidavit is made to show probable cause that Leon Anthony DAVIS, violated Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi) (distribution of 40 grams or more of a mixture or substance containing fentanyl).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

JUSTIN HERZLICH, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on this __8th__ day of November 2024.

HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-mj-6530-PAB

## BOND RECOMMENDATION

DEFENDANT: LEON DAVIS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *(signature)*
AUSA: Justin McCormack

Last Known Address: 2976 NW 30th Court

Oakland Park, FL 33311

What Facility:

Agent(s): Justin Herzlich, ATF
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)